B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Charles David Jones,**
      **Margaret Ruth Jones**

                                      Debtors

Case No.  **13-13274**

Chapter  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,327.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,404.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 386.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 161,557.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,742.01 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,976.75 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 16,327.00 | | |
| Total Liabilities | | | | 170,347.40 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **Charles David Jones,**
**Margaret Ruth Jones**

Case No. __13-13274__

Debtors ,

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 386.27 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 386.27 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,742.01 |
| Average Expenses (from Schedule J, Line 18) | 3,976.75 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,465.07 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,991.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 386.27 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 161,557.13 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 164,548.13 |

B6A (Official Form 6A) (12/07)

In re **Charles David Jones,**
**Margaret Ruth Jones**

Case No. **13-13274**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Charles David Jones,**                               Case No.     **13-13274**
         **Margaret Ruth Jones**

                                 Debtors,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand. Kept on person. | J | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with BB&T Acct#xxxxxxxxx4504 | W | 272.23 |
| | | Savings account with BB&T. Acct# xxxxxxxxx2998 Current balance is 0. | W | 0.00 |
| | | SAvings account with BB&T Acct# xxxxxxxxx3056 Curent balance is 0. | W | 0.00 |
| | | Savings account with B&T Acct# xxxxxxxxx3072 Current balance is 0. | W | 0.00 |
| | | Savings account with BB&T Acct# xxxxxxxxx3110 Current balance is 0. | W | 0.00 |
| | | Savings account with BB&T Acct??# xxxxxxxxx3129 | W | 20.00 |
| | | Checking account with BB&T Joint account with dependent daughter | W | 1,100.00 |
| | | Checking account with SECU | J | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit held with current landlord | J | 1,050.00 |

                                               Sub-Total >        **2,487.23**
                                           (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Charles David Jones,**                                      Case No. ___**13-13274**___
         **Margaret Ruth Jones**
_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings consisting of: Microwave ($25); All kitchenware/cookware/flatware ($100); Living room furniture ($300); Dining room furniture ($100); Other tables & chairs ($25); Televisions ($150); VCR & DVD player ($50); Stereo equipment ($50); All bedroom furniture ($150); Lamps & accessories ($25); Computer & printer ($150); Computer desk ($25); Lawnmower ($50); Cell phones ($50); | J | 1,250.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, cds, pictures and other art objects; collectibles | J | 75.00 |
| 6.  Wearing apparel. | | Clothing and personal effects for two adults. | J | 600.00 |
| 7.  Furs and jewelry. | | Two wedding bands, one women's watch, one men's watch ($600); assorted costume jewelry of no significant monetary value consisting of a necklace and rings ($100) | J | 700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k through Fidelity Investments | W | 142.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Sub-Total >        2,767.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Charles David Jones,**
        **Margaret Ruth Jones**

Case No. ___**13-13274**_____

_____,
                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2012 Federal income tax refund, anticipated 2013; Return not completed as of filing of this Schedule; Refund only an estimate based on prior year refund.** | W | 960.00 |
| | | **2012 State income tax refund, anticipated 2013; Return not completed as of filing of this Schedule; Refund only an estimate based on prior year refund.** | W | 1,149.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        **2,109.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles David Jones,**                                      Case No.    __13-13274__
     **Margaret Ruth Jones**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Chevrolet Cobalt; 54,000 miles, 4 door, automatic.** **Good condition value according to Kelley Blue Book** | W | 5,413.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **All current and future disposable earnings of Wife, currently $3,550.77 monthly net as reflected on Schedule I.** | W | 3,550.77 |

|  |  |
|---|---|
| Sub-Total > | 8,963.77 |
| (Total of this page) | |
| Total > | 16,327.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Charles David Jones,**
       **Margaret Ruth Jones**

Case No. ___**13-13274**___

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand. Kept on person.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking acount with BB&T Acct#xxxxxxxxx4504** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 272.23 | 272.23 |
| **Savings acount with BB&T Acct??# xxxxxxxxx3129** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 20.00 | 20.00 |
| **Checking account with BB&T Joint account with dependent daughter** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 1,100.00 | 1,100.00 |
| **Checking account with SECU** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 5.00 | 5.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit held with current landlord** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 1,050.00 | 1,050.00 |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings consisting of: Microwave ($25); All kitchenware/cookware/flatware ($100); Living room furniture ($300); Dining room furniture ($100); Other tables & chairs ($25); Televisions ($150); VCR & DVD player ($50); Stereo equipment ($50); All bedroom furniture ($150); Lamps & accessories ($25); Computer & printer ($150); Computer desk ($25); Lawnmower ($50); Cell phones ($50);** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | 1,250.00 | 1,250.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, cds, pictures and other art objects; collectibles** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | 75.00 | 75.00 |
| **Wearing Apparel** | | | |
| **Clothing and personal effects for two adults.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| **Two wedding bands, one women's watch, one men's watch ($600); assorted costume jewelry of no significant monetary value consisting of a necklace and rings ($100)** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | 700.00 | 700.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k through Fidelity Investments** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 142.00 | 142.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Charles David Jones,**
      **Margaret Ruth Jones**

Case No. **13-13274**

                                             ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **2012 Federal income tax refund, anticipated 2013; Return not completed as of filing of this Schedule; Refund only an estimate based on prior year refund.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **960.00** | **960.00** |
| **2012 State income tax refund, anticipated 2013; Return not completed as of filing of this Schedule; Refund only an estimate based on prior year refund.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **1,149.00** | **1,149.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **All current and future disposable earnings of Wife, currently $3,550.77 monthly net as reflected on Schedule I.** | **Md. Code Ann., Com. Law § 15-601.1** | **3,550.77** | **3,550.77** |

| | Total: | **10,914.00** | **10,914.00** |
|---|---|---|---|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re   **Charles David Jones,**
           **Margaret Ruth Jones**

                                    Debtors

Case No.    **13-13274**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0001** | | | Opened 4/09/09 Last Active 1/01/13 | | | | | |
| **M&T Bank**<br>**1 Fountain Plz Fl 4**<br>**Buffalo, NY 14203** | | W | 2008 Chevrolet Cobalt; 54,000 miles, 4 door, automatic.<br>Good condition value according to Kelley Blue Book | | | | | |
| | | | Value $      **5,413.00** | | | | **8,404.00** | **2,991.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **8,404.00** | **2,991.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **8,404.00** | **2,991.00** |

B6E (Official Form 6E) (4/10)

In re    **Charles David Jones,**                                    Case No. ___**13-13274**_____
         **Margaret Ruth Jones**
                                                         ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Charles David Jones,**                                Case No.     **13-13274**
         **Margaret Ruth Jones**

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **Maryland Child Support** <br> **PO Box 17396** <br> **Baltimore, MD 21297** | | J | Child support taken from husband's pay check until child reaches the age of 18. Monthly amount = $386.27 | | | | **386.27** | **0.00** <br><br> **386.27** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **386.27** | **386.27** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **386.27** | **386.27** |

B6F (Official Form 6F) (12/07)

In re  **Charles David Jones,**
       **Margaret Ruth Jones**

Case No. ___**13-13274**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8770**<br><br>**American Profit Recove**<br>**34405 W 12 Mile Rd Ste 3**<br>**Farmington Hills, MI 48331** | | H | Opened 1/21/10<br>Collection The Bank Of Delmarva | | | | 870.00 |
| Account No. **xx6154**<br><br>**American Profit Recove**<br>**34405 W 12 Mile Rd Ste 3**<br>**Farmington Hills, MI 48331** | | W | Opened 4/16/10<br>Collection The Bank Of Delmarva | | | | 84.00 |
| Account No. **xxxx xxxx-xxxxx9954**<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI 48090** | | W | Opened 5/31/11 Last Active 1/01/10<br>Collection Gemb/Walmart | | | | 1,449.00 |
| Account No. **xxxxxxxxxxxx6286**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | Opened 2/02/09 Last Active 8/01/10<br>Charge Account | | | | 3,209.00 |

| | | |
|---|---|---|
| __19__  continuation sheets attached | Subtotal<br>(Total of this page) | 5,612.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
    **Margaret Ruth Jones**

Case No. ___**13-13274**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx7813<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | W | | Opened 5/15/08 Last Active 9/28/09<br>Charge Account | | | | 3,799.00 |
| Account No. xxxxxxxxxxx5732<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | H | | Opened 11/03/08 Last Active 8/31/09<br>Charge Account | | | | 1,789.00 |
| Account No. xxxxxxxxxxx2011<br><br>BarclaysBank of Delaware<br>125 S. West St.<br>Wilmington, DE 19801 | | H | | 2011<br>District Court Civil Judgment; Judgment to be avoided as there is no non-exempt property or equity for a lien to secure. | | | | 1,789.38 |
| Account No. xxxxxxx1671<br><br>Bay Area Rec<br>Pob 3535<br>Salisbury, MD 21801 | | H | | Opened 8/01/06<br>Collection Med1 02 Peninsula Re | | | | 57.00 |
| Account No. xxxxxxx2189<br><br>Bay Area Receivables<br>714 Eastern Shores Dr<br>Salisbury, MD 21804 | | H | | Opened 3/13/10 Last Active 8/01/09<br>Collection Peninsula Pulmonary | | | | 800.00 |

Sheet no. __**1**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,234.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**                             Case No. **13-13274**
      **Margaret Ruth Jones**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6764**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | H | Opened 4/01/10 Last Active 8/01/09<br>Collection Delmarva Heart Llc | | | | 690.00 |
| Account No. **xxxxxxxx7783**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | H | Opened 10/12/09 Last Active 4/01/09<br>Collection Peninsula Orthopaedi | | | | 422.00 |
| Account No. **xxxxxxxx3292**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | W | Opened 9/27/10 Last Active 8/01/10<br>Collection Peninsula Regional M | | | | 346.00 |
| Account No. **xxxxxxx5049**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | H | Opened 11/08/10 Last Active 11/01/09<br>Collection Fox Md   Brent | | | | 300.00 |
| Account No. **xxxxxxx8068**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | H | Opened 12/29/10 Last Active 11/01/09<br>Collection Fox Md   Brent | | | | 300.00 |

Sheet no. **2** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,058.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles David Jones,**
**Margaret Ruth Jones**

Case No. ___**13-13274**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8069**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | H | Opened 12/29/10  Last Active 11/01/09<br>Collection Fox Md   Brent | | | | 225.00 |
| Account No. **xxxxxxxx1764**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | W | Opened 10/18/11  Last Active  4/01/11<br>Collection Chesapeake Medical S | | | | 218.00 |
| Account No. **xxxxxxxx5648**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | W | Opened  8/16/12  Last Active  9/01/11<br>Collection Peninsula Orthopaedi | | | | 154.00 |
| Account No. **xxxxxxxx8052**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | W | Opened 10/13/09  Last Active  6/01/09<br>Collection Peninsula Regional M | | | | 59.00 |
| Account No. **xxxxxxxx2393**<br><br>**Bay Area Receivables**<br>**714 Eastern Shores Dr**<br>**Salisbury, MD 21804** | | W | Opened  5/02/12  Last Active  2/01/11<br>Collection Peninsula Imaging LI | | | | 38.00 |

Sheet no. __**3**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

694.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles David Jones,**
    **Margaret Ruth Jones**

Case No.    **13-13274**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx8172** <br><br> **Bay Area Receivables 714 Eastern Shores Dr Salisbury, MD 21804** | | W | | | Opened  5/05/10  Last Active  6/01/09 Collection Delmarva Radiology | | | | 35.00 |
| Account No. **xxxxxxxx4998** <br><br> **Bay Area Receivables 714 Eastern Shores Dr Salisbury, MD 21804** | | H | | | Opened  6/14/11  Last Active  8/01/09 Collection Peninsula Cardiology | | | | 16.00 |
| Account No. **xxxxxxx4088** <br><br> **Bay Area Receivables 714 Eastern Shores Dr Salisbury, MD 21804** | | H | | | Opened 11/01/11  Last Active  7/01/11 Collection Peninsula Cardiology | | | | 16.00 |
| Account No. **xxxxxxxxxxx1745** <br><br> **Cap One Po Box 85520 Richmond, VA 23285** | | H | | | Opened  1/13/07  Last Active  1/01/10 Charge Account | | | | 1,034.00 |
| Account No. **xxxx0850** <br><br> **Cavalry Portfolio Serv 500 Summit Lake Dr Valhalla, NY 10595** | | W | | | Opened  5/21/12  Last Active 10/01/09 Collection Bank Of America | | | | 20,467.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,568.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**　　　　　　　　　　　　　　　　Case No. ___**13-13274**___
　　　**Margaret Ruth Jones**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx x-xxxx1153**<br><br>Certegy<br>P.O. Box 30046<br>Tampa, FL 33630 | | W | Opened 9/01/09 Last Active 9/01/09<br>Charge Account | | | | 156.00 |
| Account No. **xxxxxxxxxxxx1938**<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | W | Opened 1/31/03 Last Active 1/22/07<br>Credit Card | | | | Unknown |
| Account No. **xxxxx xxxx4218**<br><br>Comenity Bank/Lnbryant<br>Po Box 182789<br>Columbus, OH 43218 | | W | Opened 12/07/02 Last Active 2/02/03<br>Charge Account | | | | Unknown |
| Account No. **xxxx2493**<br><br>Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007 | | W | Opened 7/22/09<br>Collection Comcast Collections | | | | 151.00 |
| Account No. **xxxxxxx -xxx9312**<br><br>Crosscheck<br>6119 State Farm<br>Rohnert Park, CA 94928 | | H | Opened 9/01/09 Last Active 9/01/09<br>Collections account | | | | 228.00 |

Sheet no. __**5**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal　　　　　　　535.00
　　　　　　　　　　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles David Jones,**                                          Case No.    **13-13274**
         **Margaret Ruth Jones**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxxxxxxxx3828**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | | | Opened 10/01/09  Last Active  8/01/09<br>Collections account | | | | 12,411.00 |
| Account No. **xxxxxxxxx8534**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | | | Opened  9/01/11  Last Active  6/01/11<br>Collections account | | | | 8,677.00 |
| Account No. **xxxxxxxxx5571**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | | | Opened 10/01/11  Last Active  7/01/11<br>Collections account | | | | 2,617.00 |
| Account No. **xxxxxxxxx2899**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | | | Opened 12/01/10  Last Active  9/01/10<br>Collections account | | | | 1,947.00 |
| Account No. **xxxxxxxxx4423**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | | | Opened  3/01/10  Last Active 10/01/09<br>Collections account | | | | 1,869.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of                              Subtotal            27,521.00
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
      **Margaret Ruth Jones**
                                              Debtors

Case No.     **13-13274**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxx5903 <br><br> **Delmarva Col** <br> **820 East Main Street** <br> **Salisbury, MD 21803** | | H | | | Opened 3/01/10 Last Active 11/01/09 <br> Collections account | | | | 1,868.00 |
| Account No. xxxxxxxxx6825 <br><br> **Delmarva Col** <br> **820 East Main Street** <br> **Salisbury, MD 21803** | | H | | | Opened 4/01/10 Last Active 8/01/09 <br> Collection Freedom Abba | | | | 1,800.00 |
| Account No. xxxxxxxxx8290 <br><br> **Delmarva Col** <br> **820 East Main Street** <br> **Salisbury, MD 21803** | | H | | | Opened 9/01/10 Last Active 2/01/10 <br> Collection Freedom Abba | | | | 1,400.00 |
| Account No. xxxxxxxxx6093 <br><br> **Delmarva Col** <br> **820 East Main Street** <br> **Salisbury, MD 21803** | | H | | | Opened 7/01/09 Last Active 4/01/09 <br> Collections account | | | | 1,156.00 |
| Account No. xxxxxxxxx8577 <br><br> **Delmarva Col** <br> **820 East Main Street** <br> **Salisbury, MD 21803** | | H | | | Opened 5/01/10 Last Active 4/01/09 <br> Collections account | | | | 904.00 |

Sheet no. **7** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,128.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles David Jones,**　　　　　　　　　　　　　Case No.　**13-13274**
　　　　**Margaret Ruth Jones**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx4744<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | Opened 7/01/12 Last Active 2/01/12<br>Collections account | | | | 874.00 |
| Account No. xxxxxxxxxx2832<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 6/01/12 Last Active 7/01/11<br>Collections account | | | | 688.00 |
| Account No. xxxxxxxxxx6823<br><br>Delmarva Col<br>Pob 37<br>Salisbury, MD 21803 | | H | Opened 6/29/12<br>Collection Med1 02 City Of Sali | | | | 578.00 |
| Account No. xxxxxxxxxx3192<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 3/01/12 Last Active 6/01/11<br>Collections account | | | | 551.00 |
| Account No. xxxxxxxxxx2730<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 4/01/10 Last Active 8/01/09<br>Collections account | | | | 534.00 |

Sheet no. **8** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**3,225.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles David Jones,**                                                    Case No. ___**13-13274**_____
       **Margaret Ruth Jones**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxx5981<br><br>Delmarva Col<br>Pob 37<br>Salisbury, MD 21803 | | H | | | Opened 4/26/10<br>Collection Med1 02 City Of Sali | | | | 527.00 |
| Account No. xxxxxxxxx9942<br><br>Delmarva Col<br>Pob 37<br>Salisbury, MD 21803 | | H | | | Opened 4/06/10<br>Collection Med1 02 City Of Sali | | | | 506.00 |
| Account No. xxxxxxxxxx9647<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | | | Opened 9/01/10 Last Active 5/01/10<br>Collections account | | | | 488.00 |
| Account No. xxxxxxxxx1876<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | | | Opened 2/01/10 Last Active 10/01/09<br>Collections account | | | | 488.00 |
| Account No. xxxxxxxxx3873<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | | | Opened 9/01/09 Last Active 7/01/09<br>Collections account | | | | 486.00 |

Sheet no. __**9**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,495.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
    **Margaret Ruth Jones**

Case No.    **13-13274**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxx3758<br><br>Delmarva Col<br>Pob 37<br>Salisbury, MD 21803 | | W | | | Opened 10/27/09<br>Collection Med1 02 City Of Sali | | | | 432.00 |
| Account No. xxxxxxxxxxx1041<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | | | Opened  9/01/11  Last Active  8/01/10<br>Collections account | | | | 356.00 |
| Account No. xxxxxxxxxx3176<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | | | Opened 12/01/11  Last Active  6/01/11<br>Collections account | | | | 353.00 |
| Account No. xxxxxxxxxx9695<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | | | Opened  2/01/12  Last Active  9/01/11<br>Collections account | | | | 308.00 |
| Account No. xxxxxxxxxx0179<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | | | Opened  7/01/10  Last Active 11/01/09<br>Collections account | | | | 308.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,757.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles David Jones,**                             Case No.    **13-13274**
         **Margaret Ruth Jones**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx8225**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | Opened 5/01/10 Last Active 11/01/09<br>Collections account | | | | 269.00 |
| Account No. **xxxxxxxxx3962**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | Opened 9/01/11 Last Active 6/01/11<br>Collections account | | | | 204.00 |
| Account No. **xxxxxxxxx1875**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | Opened 2/01/10 Last Active 7/01/09<br>Collections account | | | | 179.00 |
| Account No. **xxxxxxxxx4569**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | H | | Opened 11/01/12 Last Active 9/01/12<br>Collections account | | | | 149.00 |
| Account No. **xxxxxxxxxx8930**<br><br>**Delmarva Col**<br>**820 East Main Street**<br>**Salisbury, MD 21803** | | W | | Opened 3/01/11 Last Active 11/01/10<br>Collections account | | | | 100.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                (Total of this page)    **901.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles David Jones,**
       **Margaret Ruth Jones**
_____,
                              Debtors

Case No. ___**13-13274**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx8746<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 4/01/12 Last Active 7/01/11<br>Collections account | | | | 92.00 |
| Account No. xxxxxxxxxxx7858<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | Opened 1/01/12 Last Active 1/01/11<br>Collections account | | | | 87.00 |
| Account No. xxxxxxxxxxx9790<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | W | Opened 9/01/09 Last Active 4/01/09<br>Collections account | | | | 50.00 |
| Account No. xxxxxxxxxx2021<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 5/01/09 Last Active 2/01/09<br>Collections account | | | | 50.00 |
| Account No. xxxxxxxxxx9627<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 5/01/09 Last Active 2/01/09<br>Collections account | | | | 50.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

329.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
    **Margaret Ruth Jones**

Case No.   **13-13274**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx7017<br><br>Delmarva Col<br>820 East Main Street<br>Salisbury, MD 21803 | | H | Opened 6/01/09 Last Active 3/01/09<br>Collections account | | | | 50.00 |
| Account No. xxxxxxxxxx8930<br><br>Delmarva Collections<br>820 East Main Street<br>Salisbury, MD 21803 | | W | Opened 3/01/11 Last Active 11/01/10<br>Collections account | | | | 100.00 |
| Account No. xxxxxxx9947<br><br>Delmarva Power<br>P.O. Box 13609<br>Philadelphia, PA 19101 | | W | 02/05/2013<br>Past due electric bil | | | | 893.56 |
| Account No. xxxxxxxxxxx2789<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | W | Opened 8/20/03 Last Active 9/21/12<br>Charge account | | | | Unknown |
| Account No. xxxxxxx0002<br><br>Ecmc<br>1 Imation Pl<br>Oakdale, MN 55128 | | H | Opened 10/13/11 Last Active 10/01/11<br>Collection Bank Of America Na | | | | 6,470.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,513.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles David Jones,**             Case No.  **13-13274**
       **Margaret Ruth Jones**
_____ ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0001**<br><br>Ecmc<br>1 Imation Pl<br>Oakdale, MN 55128 | | H | Opened 8/30/11 Last Active 8/01/11<br>Collection Bank Of America Na | | | | 5,127.00 |
| Account No. **xxxxxxxxxxx2009**<br><br>Enterprise Leasing Co. of Baltimore, Inc<br>701 Wedeman Ave.<br>Linthicum Heights, MD 21090 | | H | 2009<br>District Court Civil Judgment; Judgment to be avoided as there is no non-exempt property or equity for a lien to secure. | | | | 11,865.92 |
| Account No. **xxxxxxxxxxxx6319**<br><br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | | H | Opened 1/21/09 Last Active 7/01/09<br>Charge Account | | | | 595.00 |
| Account No. **xxxxxxxxx3069**<br><br>Firsthorizon<br>1555 Lynnfield Bld<br>Memphis, TN 38119 | | J | Opened 1/06/06 Last Active 4/02/07<br>Real Estate Mortgage | | | | Unknown |
| Account No. **xxxxxxx2001**<br><br>I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | | W | Opened 3/17/10<br>Collection Banfield Pet Hospita | | | | 262.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **17,849.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**         Case No.     **13-13274**
      **Margaret Ruth Jones**

                                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7001**<br><br>I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | | W | Opened 11/06/09<br>Collection About Faces Day Spa | | | | 236.00 |
| Account No. **xxxxxxxxxxx8827**<br><br>Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | | W | Opened 7/16/07 Last Active 2/01/10<br>Charge Account | | | | 2,240.00 |
| Account No. **xxxxxxxxxxx5716**<br><br>Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | | W | Opened 10/20/10 Last Active 3/01/10<br>Collection Hsbc Bank Nev Boscov | | | | 2,274.00 |
| Account No. **xxxxxxx1417**<br><br>Marinerfin<br>319b Civic Avenue<br>Salisbury, MD 21804 | | H | Opened 4/01/09 Last Active 9/01/09<br>Charge Account | | | | 8,548.00 |
| Account No. **xxxxxxx9611**<br><br>Marinerfin<br>319b Civic Avenue<br>Salisbury, MD 21804 | | W | Opened 4/01/09 Last Active 10/01/09<br>Charge Account | | | | 287.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)     **13,585.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles David Jones,**
       **Margaret Ruth Jones**
_____,
                    Debtors

Case No. ____**13-13274**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx5620<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | W | | Opened 8/16/08 Last Active 11/24/09<br>Charge Account | | | | 2,551.00 |
| Account No. xxxxxx2640<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | | Opened 12/29/11 Last Active 10/01/09<br>Collection Hsbc Bank Nevada N. | | | | 1,357.00 |
| Account No. xxxxx9364<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | W | | Opened 6/21/12 Last Active 11/01/09<br>Collection Target National Bank | | | | 940.00 |
| Account No. xxxxx2016<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | W | | Opened 7/29/10 Last Active 1/01/10<br>Collection Ge Money Bank | | | | 843.00 |
| Account No. xxxxxxxxx2001<br><br>Nylon Capitol FCU<br>350 Woodland Rd.<br>Seaford, DE 19973 | | H | | 2001<br>District Court Civil Judgment; Judgment to be avoided as there is no non-exempt property or equity for a lien to secure. | | | | 906.82 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,597.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
       **Margaret Ruth Jones**

Case No. _____**13-13274**_____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx xx-xxxxxxxxxx7284<br><br>Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | Opened 7/29/11 Last Active 1/01/10<br>Collection Ge Money Bank F.S.B | | | | 549.00 |
| Account No. xx xx-xxxxxxxxxx1660<br><br>Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | Opened 10/28/11 Last Active 6/01/10<br>Collection Ge Capital Retail Ba | | | | 428.00 |
| Account No. xxxxx xxx-xxxxx6327<br><br>Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | Opened 5/21/12 Last Active 9/01/10<br>Collection World Financial Netw | | | | 315.00 |
| Account No. xxx1995<br><br>State Of Md/Ccu<br>300 W Preston St Ste 503<br>Baltimore, MD 21201 | | H | Opened 12/01/10<br>Collection Wor-Wic Community Co | | | | 741.00 |
| Account No. xxxxxxxxxxx2008<br><br>Suntrust Bank<br>P.O. Box 26150<br>Richmond, VA 23260 | | J | 2008<br>District Court Civil Judgment; Judgment to be avoided as there is no non-exempt property or equity for a lien to secure. | | | | 3,088.45 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,121.45

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
**Margaret Ruth Jones**
_____,
Debtors

Case No. ____**13-13274**____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9988** <br><br> **U S A Funds** <br> **Po Box 6180** <br> **Indianapolis, IN 46206** | | W | Opened 12/10/10  Last Active  4/16/12 <br> Collection National Education/I | | | | 2,780.00 |
| Account No. **xxxxxxx9988** <br><br> **U S A Funds** <br> **Po Box 6180** <br> **Indianapolis, IN 46206** | | W | Opened 12/10/10  Last Active  4/16/12 <br> Collection National Education/I | | | | 2,384.00 |
| Account No. **xxxxxxx9988** <br><br> **U S A Funds** <br> **Po Box 6180** <br> **Indianapolis, IN 46206** | | W | Opened 12/10/10  Last Active  4/16/12 <br> Collection National Education/I | | | | 1,789.00 |
| Account No. **xxxx3044** <br><br> **U S Dept Of Ed/Gsl/Atl** <br> **Po Box 4222** <br> **Iowa City, IA 52244** | | H | Opened  8/26/09  Last Active 10/01/10 <br> Collection | | | | 2,561.00 |
| Account No. **xxxxxxxxxxxx3971** <br><br> **Usaa Sb** <br> **10750 Mc Dermott Fwy** <br> **San Antonio, TX 78288** | | W | Opened  2/16/07  Last Active 12/10/07 <br> Credit Card | | | | 18,690.00 |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,204.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Jones,**
　　　**Margaret Ruth Jones**

Case No. __**13-13274**__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx0001** | | H | | Opened 3/26/06 Last Active 9/28/09 Collection | | | | |
| **Verizon Wirelss** **2000 Corporate Dr** **Orangeburg, NY 10962** | | | | | | | | 563.00 |
| Account No. **xxxxxxxxx0001** | | H | | Opened 9/28/09 Last Active 10/01/09 Collection | | | | |
| **Verizon Wirelss** **2000 Corporate Dr** **Orangeburg, NY 10962** | | | | | | | | 65.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**628.00**

Total
(Report on Summary of Schedules)　　**161,557.13**

B6G (Official Form 6G) (12/07)

In re   **Charles David Jones,**                          Case No.    **13-13274**
        **Margaret Ruth Jones**

                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gary Breeding**<br>**8097 Stevens Rd.**<br>**Salisbury, MD 21804** | **Residential lease.**<br>**Terms= 12 months**<br>**Monthly pmt = $1,050**<br>**Security deposit held with landlord.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Charles David Jones,**
     **Margaret Ruth Jones**

Case No.    **13-13274**

                Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Charles David Jones**
**Margaret Ruth Jones**
_____
Debtor(s)

Case No.   **13-13274**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **Nurse** |
| Name of Employer | **Western Express, Inc.** | **Signature HealthCARE at Mallard Bay** |
| How long employed | **7 months** | **4 months** |
| Address of Employer | **7135 Centennial Pl.**<br>**Nashville, TN 37209** | **520 Glenburn Ave.**<br>**Cambridge, MD 21613** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **342.75** | $ | **4,991.24** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **342.75** | $ | **4,991.24** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **57.36** | $ | **1,252.81** |
|    b. Insurance | $ | **152.24** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify)   **See Detailed Income Attachment** | $ | **91.64** | $ | **187.66** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **301.24** | $ | **1,440.47** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **41.51** | $ | **3,550.77** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify):   **Offset to nonqualified chapter 7 401k deduction** | $ | **0.00** | $ | **149.73** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **149.73** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **41.51** | $ | **3,700.50** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **3,742.01** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**No expected changes in the 12 months following this filing.**

**B6I (Official Form 6I) (12/07)**

In re    **Charles David Jones**
          **Margaret Ruth Jones**                         Case No.    **13-13274**

                               Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | | | |
|---|---|---|---|---|
| **EE 401k contrib** | $ | 0.00 | $ | 149.74 |
| **Meals** | $ | 0.00 | $ | 37.92 |
| **Child Support** | $ | 89.14 | $ | 0.00 |
| **Driver service** | $ | 2.50 | $ | 0.00 |
| **Total Other Payroll Deductions** | $ | 91.64 | $ | 187.66 |

B6J (Official Form 6J) (12/07)

In re  **Charles David Jones**
**Margaret Ruth Jones**           Case No.   **13-13274**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,050.00 |
| a. Are real estate taxes included?     Yes ___  No **X** | | |
| b. Is property insurance included?     Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 225.00 |
|            b. Water and sewer | | $ 43.75 |
|            c. Telephone | | $ 290.00 |
|            d. Other  **Cable/internet/landline** | | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 30.00 |
| 4. Food | | $ 625.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 40.00 |
| 7. Medical and dental expenses | | $ 25.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 125.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 298.00 |
|            b. Other | | $ 0.00 |
|            c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ 455.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,976.75 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**No expected changes in the 12 months following this filing.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $ 3,742.01 |
| b.   Average monthly expenses from Line 18 above | | $ 3,976.75 |
| c.   Monthly net income (a. minus b.) | | $ -234.74 |

**B6J (Official Form 6J) (12/07)**

In re   **Charles David Jones**
      **Margaret Ruth Jones**                            Case No.   **13-13274**
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---:|
| Personal care items for family of 3 | $ 55.00 |
| School supplies and expenses for one dependent | $ 150.00 |
| Housekeeping supplies | $ 35.00 |
| Misc. expenses | $ 150.00 |
| Vehicle maintenance | $ 65.00 |
| **Total Other Expenditures** | $ **455.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Charles David Jones**
**Margaret Ruth Jones**
_____
Debtor(s)

Case No.  **13-13274**

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**38**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 13, 2013**
_____

Signature  **/s/ Charles David Jones**
**Charles David Jones**
Debtor

Date  **March 13, 2013**
_____

Signature  **/s/ Margaret Ruth Jones**
**Margaret Ruth Jones**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.